# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, PHILADELPHIA LOCAL, AFL-CIO,** | **CIVIL ACTION NO. 1:05-CV-2606** |
| | (Judge Conner) |
| **Plaintiff** | |
| v. | |
| **LYNCH FILMS, INC. and JEFFREY LYNCH,** | |
| **Defendants** | |

## ORDER

AND NOW, this 2nd day of September, 2008, upon consideration of the complaint in the above captioned matter, filed on December 19, 2005, (see Doc. 1), and it appearing that summonses were issued on December 20, 2005, and that plaintiffs have failed to serve the complaint with 120 days after the filing thereof, see FED. R. CIV. P. 4(m) ("If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action. . . ."), it is hereby ORDERED that, on or before September 11, 2008, plaintiff shall file a response showing good cause for its failure to serve defendants the summons and complaint.  Should plaintiff fail to show cause, the court will dismiss the above-captioned case for failure to effect timely service pursuant to Federal Rule of Civil Procedure 4(m).

  S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge